UNITED STATES of America,
Plaintiff–Appellee,

v.

Eric SOUTHERS, Defendant–Appellant.

No. 10–10014
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 15, 2010.

Brian Albritton, U.S. Attorney General, David P. Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Shawn A. Arnold, Jacksonville, FL, for Defendant–Appellant.

Before TJOFLAT, HULL and ANDERSON, Circuit Judges.

PER CURIAM:

William Folsom, appointed counsel for Eric Southers in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Southers' conviction and sentence are **AFFIRMED.**